# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Coleman Carter | **Repayment Agreement and Order** | No: 7:19-CR-00055-HL-TQL(1) |

On August 11, 2021, Coleman Carter was sentenced to thirty-seven (37) months imprisonment to count one; followed by a five (5) year term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Coleman. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.   As a result of the judgment entered against me on August 11, 2021, I have been ordered to pay a total restitution of $441,026.91 and a special assessment of $100.00.

2.   On August 30, 2023, I began my service of 5 years of supervised release. The mandatory assessment was satisfied on July 12, 2022. The current balance of my restitution is $437,440.50.

3.   After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of February 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $350.00 per month during the term of supervision.

_____   01/11/2024
Coleman Carter                                       Date

_____   01/11/2024
Desmond A. Phillips, U.S. Probation Officer     Date

_____   01/16/2024
~~Sonja B. Profit,~~ Assistant U.S. Attorney         Date
MICHAEL P. MORRILL

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

s/Hugh Lawson
Hugh Lawson
United States District Judge

1/18/2024
Date